**FLOWERS v. BLACKBEARD SAILING CLUB**

[340 N.C. 357 (1995)]

WILLIAM L. FLOWERS AND WIFE, ELIZABETH R. FLOWERS; WALTER L. FLOWERS AND WIFE, SUSAN L. FLOWERS v. BLACKBEARD SAILING CLUB, LTD., A NORTH CAROLINA CORPORATION

No. 383PA94

(Filed 2 June 1995)

On discretionary review of an opinion of the Court of Appeals, 115 N.C. App. 349, 444 S.E.2d 636 (1994), affirming in part and vacating in part an order entered by Barefoot (Napoleon B., Sr.), J., in Superior Court, Craven County, on 10 May 1993. Heard in the Supreme Court 10 May 1995.

*Ward, Ward, Willey & Ward, by A.D. Ward, for plaintiff-appellants.*

*Ward and Smith, P.A., by I. Clark Wright, Jr., for defendant-appellee.*

*Michael F. Easley, Attorney General, by Robin W. Smith, Assistant Attorney General, on behalf of the State, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTY ALLOWED.